IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:16cr 149 |
| v. | ) | |
| | ) | 18 U.S.C. § 664 |
| ANNA JIANNINE, | ) | Embezzlement from Employee |
| | ) | Benefit Plan |
| Defendant. | ) | |
| | ) | Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about April 2013 through June 2016, in the Eastern District of Virginia, ANNA JIANNINE, the defendant, who at all material times was the vice-president of Freedom Mechanical Inc., did embezzle, steal, unlawfully and willfully abstract and convert to her own use and the use of another, moneys, funds, credits and other assets of Freedom Mechanical Simple IRA Plan, an employee benefit plan subject to the provisions of Title 1 of the Employee Income Security Act of 1974, in the approximate amount of $78,480.42.

(In violation of Title 18, United States Code, Section 664.)

FORFEITURE

1. The defendant, if convicted of the violation alleged in this Criminal Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been

transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

3. The property subject to forfeiture includes, but is not limited to, the following property:

   a. A monetary judgment in the amount of not less than $78,480.42.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461).

Dana J. Boente
United States Attorney

By: *Alan M. Salsbury*
Alan M. Salsbury
Assistant United States Attorney
Virginia State Bar No. 15682
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Tel. - 757-441-6350
Fax - 757-441-6689
Email - alan.salsbury@usdoj.gov